TSC/JLT/bca-**12856.A1C6**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINEVA OGLESBY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 12-CV-05338 |
| | ) |
| SSC WESTCHESTER OPERATING | ) Honorable Marvin E. Aspen |
| COMPANY, LLC d/b/a | ) Magistrate Judge Daniel G. Martin |
| WESTCHESTER HEALTH AND | ) |
| REHAB CENTER, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that we have on this day filed, via electronic filing, with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, this *Notice of Filing*, and *Proof of Service*, a true and correct copy of same is attached hereto and hereby served upon you.

Dated: January 23, 2013

Respectfully submitted:

**myers carden & sax** LLC

By: /s/Johanna L. Tracy
Attorneys for Defendant,
SSC WESTCHESTER OPERATING
COMPANY, LLC,
d/b/a WESTCHESTER HEALTH AND
REHABILITATION CENTER

Terrence S. Carden, III (#6205378)
Johanna L. Tracy (#6278612)
**myers carden & sax** LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
312-345-7250 FAX: (312) 345-7251

## CERTIFICATE OF SERVICE

I, Beverly Ashton, a non-attorney certify that a copy of this Notice of Filing and Certificate of Service were served upon the parties of record by electronic mail on January 23, 2013 and regular mail by depositing same in the U.S. Mail located at 30 N. LaSalle Street, Chicago, Illinois at or before 5:00 p.m. on January 23, 2013.

/s/Beverly Ashton