## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Nineva Oglesby

                                      Plaintiff,

v.                                              Case No.: 1:12−cv−05338
                                                          Honorable Marvin E. Aspen

SSC Westchester Operating Company, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Status hearing held on 2/7/2013. No one appears. This action is stricken from J. Aspen's calendar. Pursuant to Magistrate Judge Martin's order of 2/9/13 (20), aa stipulation of dismissal is to be filed within thirty days with the District Judge. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.